# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS JAMES SINGLETON, | Civil No. 3:17-cv-220 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DR. ROBERT BEADLE, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 26th day of February, 2018, upon consideration of the motion (Doc. 27) for partial summary judgment filed on behalf of Defendants Bopp and Ferguson, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 27) for partial summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Douglas Bopp and Tammy Ferguson.

Robert D. Mariani
United States District Judge