IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS JAMES SINGLETON, | Civil No. 3:17-cv-220 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DR. ROBERT BEADLE, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 8th day of January, 2019, upon consideration of Plaintiff's motion (Doc. 47) to appoint counsel and, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 47) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge