IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMOS JAMES SINGLETON, | : | Civil No. 3:17-cv-220 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DR. ROBERT BEADLE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _8th_ day of January, 2019, upon consideration of Plaintiff's motions (Docs. 38, 39, 40) for reconsideration and, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 38, 39, 40) are **DENIED**.

Robert D. Mariani
United States District Judge