# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMOS JAMES SINGLETON, | : | Civil No. 3:17-cv-220 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DR. ROBERT BEADLE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _23rd_ day of July, 2019, upon consideration of the motion (Doc. 56) for summary judgment filed on behalf of Defendants Beadle and Habovich, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 56) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Robert Beadle and Jessica Habovich, and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge